IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE


UNITED STATES OF AMERICA,     *

      *

      Plaintiff,     *

v.     *

      *     CR. NO. Cr. No. 17-10066-STA

JUAN ALFARO-MARTINEZ     *

      *

      Defendant.     *

---

### ORDER AND NOTICE OF RESETTING

---

Upon Motion of the Defendant herein and for good cause shown, the **Sentencing hearing** is hereby re-set to **Friday, January 12, 2018 at 9:00am**.

IT IS SO ORDERED.

DATE: November 2, 2017.


s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE